IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAUL E. PODHORN, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-030-GPM |
| | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| | ) |
| Respondents | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

Before the Court is Plaintiff's motion for reconsideration of the order that closed his civil case because his criminal case is ongoing (Doc. 4). Technically, a "Motion to Reconsider" does not exist under the Federal Rules of Civil Procedure. The Seventh Circuit Court of Appeals has held, however, that a motion challenging the merits of a district court order will automatically be considered as having been filed pursuant to Rule 59(e) or Rule 60(b) of the Federal Rules of Civil Procedure. *See, e.g., Mares v. Busby*, 34 F.3d 533, 535 (7th Cir. 1994); *United States v. Deutsch*, 981 F.2d 299, 300 (7th Cir. 1992). As noted in *Deutsch*, "in cases where it is unclear whether a motion challenging a judgment on the merits is made under Rule 59(e) or Rule 60(b)," the date of service will determine how the motion will be treated. Thus, "'if the motion is served within ten days of the rendition of judgment, the motion falls under Rule 59(e); if it is served after that time, it falls under Rule 60(b).'" *Id.* (citations omitted).

The order closing the case was entered on January 24, 2006, and the instant motion was filed on January 30, within the 10-day period. *See* FED. R. CIV. P. 59(e). Therefore, under *Deutsch*, the

Court will construe the motion as a motion to alter or amend judgment, filed pursuant to Rule 59(e), which may only be granted if a movant shows there was mistake of law or fact or presents newly discovered evidence that could not have been discovered previously. *Matter of Prince*, 85 F.3d 314 (7th Cir. 1996); *Deutsch v. Burlington Northern R. Co.*, 983 F.2d 741 (7th Cir. 1993).

Upon review of the record, the Court remains persuaded that its ruling closing the case and directing the filing of all documents in the criminal case was correct. Therefore, the instant motion is **DENIED**.

**IT IS SO ORDERED.**

DATED:  04/04/06

                                                                s/ G. Patrick Murphy
                                                                G. PATRICK MURPHY
                                                                Chief United States District Judge